# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

UNITED STATES OF AMERICA

v.

TIMOTHY JAMES ALEXANDER

§
§
§ CRIMINAL NO. 4:17-CR-197-ALM-AGD
§
§

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #55) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, to run consecutive to any other term of imprisonment; followed by fifteen (15) months of supervised release under all of the prior conditions of supervised release imposed in the original judgment, Dkt. 36, excluding the special condition that Defendant must acquire a high school equivalency certificate; and that Defendant be placed at FCI Three Rivers in Three Rivers, Texas, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #53), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, to run consecutive to any other term of imprisonment, followed by fifteen (15) months of supervised release under all of

the prior conditions of supervised release imposed in the original judgment, excluding the special condition that Defendant must acquire a high school equivalency certificate; and the Court hereby recommends Defendant be placed at FCI Three Rivers in Three Rivers, Texas, if appropriate.

**IT IS SO ORDERED.**

**SIGNED this 21st day of October, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE